**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS,**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CONTINENTAL IMPORTS, INC. D/B/A** | § | |
| **MERCEDES BENZ OF AUSTIN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 1:26-CV-2105** |
| | § | |
| **LMBB, LLC D/B/A MERCEDES BENZ** | § | |
| **OF BEAVERTON AND** | § | |
| **LITHIA MOTORS, INC.,** | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, LMBB, LLC d/b/a Mercedes Benz of Beaverton ("Mercedes Benz of Beaverton") and Lithia Motors, Inc. ("Lithia," and together with Mercedes Benz of Beaverton, collectively "Movants,"), by and through their counsel, George A. Kurisky, Jr., JOHNSON DELUCA KURISKY & GOULD, P.C., hereby remove the above-captioned state court action, currently pending in the 345th District Court of Travis County, Texas. In support of removal, Movants respectfully state as follows:

## BACKGROUND

1. Plaintiff, Continental Imports, Inc. d/b/a Mercedes Benz of Austin ("Plaintiff"), filed an action on or about June 30, 2026, Cause No. D-1-GN-26-005230, in the 345th District Court, Travis County, Texas (the "State Court Lawsuit"), asserting claims for breach of contract. A true and correct copy of Plaintiffs' Original Petition (the "Petition"), attached hereto as **Exhibit A** and incorporated herein by reference.

2. Movant was served with the Petition on July 1, 2026.

3. The Petition avers that on or about April 16, 2026, Plaintiff and Movants entered into

a dealer trade agreement (the "Contract") whereby Movants agreed to transfer a 2026 Mercedes Benz GLS63W4, VIN: 4JGFF8KE2TB628050 (the "Mercedes GLS"), to Plaintiff in consideration of the payment of $152,061.00. *See* **Exhibit A** at ¶ 12.

4.  Plaintiff alleges the Contract was signed by R.K. Johnston, on behalf of Plaintiff, and by Daniel Morisato, as "Lithia Representative." *See* **Exhibit A** at ¶ 13. Plaintiff alleges Morisato's signature as Lithia Representative: (i) indicates Lithia's control and ratification of the dealer trade transaction and (ii) evidences that Mercedes Benz of Beaverton is an alter ego of Lithia. *See* **Exhibit A** at ¶ 13.

5.  Plaintiff alleges it forwarded a check, dated April 21, 2026, in the amount of $152,061.00, to Mercedes Benz of Beaverton. *See* **Exhibit A** at ¶ 14. Plaintiff further alleges Mercedes Benz of Beaverton endorsed and deposited the check shortly after receiving it. *See id.*

6.  Plaintiff alleges the transporter Plaintiff arranged to transfer the Mercedes GLS from Mercedes Benz of Beaverton to Plaintiff was informed Mercedes Benz of Beaverton could not locate the Mercedes GLS when the transporter arrived on or about April 24, 2026. *See* **Exhibit A** at ¶ 15.

7.  Plaintiff alleges Mercedes Benz of Beaverton delivered the Mercedes GLS to a third party wholly unaffiliated with Plaintiff without requiring a bill of lading confirming delivery to Plaintiff. *See id.*

8.  Plaintiff alleges it demanded Mercedes Benz of Beaverton to refund the $152,061.00 but Mercedes Benz of Beaverton failed to do so. *See* **Exhibit A** at ¶ 16.

9.  In the Petition, Plaintiff plead a specific monetary amount of actual damages ($152,061.00) and requests damages for interest, attorney fees, and costs of suit. *See*

**Exhibit A** at ¶ 21.

10. The amount in controversy exceeds $152,061.00 based on Plaintiff's request for interests, court costs, and attorney fees. *See* **Exhibit A** at ¶ 21.

11. Thirty (30) days from service of the Petition will be July 31, 2026.

12. Upon Movants' information and belief, no further proceedings have occurred in the State Court Lawsuit.

## BASIS FOR REMOVAL

13. Movants have a statutory right to remove cases based upon diversity of citizenship. 28 U.S.C. § 1332.

14. Specifically, 28 U.S.C. § 1332 provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between--(1) Citizens of different States . . . ."

15. Upon information and belief, Movants state that diversity of citizenship exists between the parties in controversy as follows:

a. At the commencement of this action and the filing of the Petition, upon information and belief, Plaintiff is a citizen of Texas. Specifically, Plaintiff is a corporation incorporated under the laws of the State of Texas, with its principal place of business located in Texas.

b. Lithia is a citizen of the State of Oregon. Specifically, Lithia Motors, Inc. is a corporation incorporated under the laws of the State of Oregon, with its principal place of business located in Oregon.

c. Mercedes Benz of Beaverton is a citizen of the State of Oregon. Specifically,

LMBB, LLC d/b/a Mercedes Benz of Beaverton is a limited liability company formed under the laws of the State of Oregon, with its principal place of business located in Oregon. Its sole member is Lithia Motors, Inc., an Oregon resident.

16. Plaintiff seeks to recover at least $152,061.00 in this matter, excluding interest and costs. *See* **Exhibit A** at ¶ 21.

17. Movants file this Notice of Removal within thirty (30) days of service of the Petition.

18. Therefore, this Court may properly remove the State Court Lawsuit based on diversity jurisdiction.

19. This Notice of Removal was not filed more than one (1) year after commencement of the State Court Lawsuit. *See* 28 U.S.C. § 1446(b).

20. The United States District Court for the Western District of Texas – Austin Division has jurisdiction over this action pursuant to 28 U.S.C. § 1332 by reason of diversity jurisdiction of Plaintiff and Movants as set forth with greater particularity above.

21. Venue properly lies with this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), as the State Court Lawsuit is presently pending in the 345th District Court, Travis County, Texas.

22. In the interest of judicial economy and the fair adjudication of claims brought before the Court, Movants seek removal to this Court.

23. A written notice of the filing of this Notice of Removal has been given to all parties in accordance with 28 U.S.C. §1446(d).

24. Promptly after filing in this Court and the assignment of a civil action number, a true and correct copy of this Notice of Removal will be filed with the Clerk of Court for

the 345th District Court, Travis County, Texas as required by U.S.C. § 1446(d). A copy of the notice to be provided to the 345th District Court, Travis County, Texas is attached hereto as **Exhibit B**.

**WHEREFORE**, Movants, LMBB, LLC d/b/a Mercedes Benz of Beaverton and Lithia Motors, Inc., respectfully request that the Court affect the removal of this action from the 345th District Court, Travis County, Texas to the United States District Court of the Western District of Texas – Austin Division.

Respectfully submitted,

JOHNSON DELUCA KURISKY & GOULD
A PROFESSIONAL CORPORATION


By: */s/ George A. Kurisky, Jr.*
GEORGE A. KURISKY, JR.
SBT No. 11767700
gkurisky@jdkglaw.com
PHILIP C. BRASHIER
SBT No. 00796243
pbrashier@jdkglaw.com
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, Texas 77010
(713) 652-2525 – Telephone
(713) 652-5130 – Facsimile

**ATTORNEYS FOR MOVANTS,
LMBB, LLC D/B/A MERCEDES BENZ OF
BEAVERTON AND LITHIA MOTORS, INC.**

## <u>CERTIFICATION</u>

I certify that a true copy of the Plaintiff's Original Petition filed in the 345th District Court, Travis County, Texas is attached hereto as **Exhibit A**. A copy of the notice to be provided to the 345th District Court, Travis County, Texas is attached hereto as **Exhibit B**. A copy of all pleadings, process, and orders served on Movants as required by 28 U.S.C. § 1446(a), are attached as **Exhibit C**. A copy of the Civil Cover Sheet is attached as **Exhibit D.**

Respectfully submitted,

By: _/s/ Philip C. Brashier_____
Philip C. Brashier

Dated:

The 28th day of July 2026

## CERTIFICATE OF SERVICE AND FILING

I, Philip C. Brashier, attorney for Movants, LMBB, LLC d/b/a Mercedes Benz of Beaverton and Lithia Motors, Inc., hereby certify that I served a true copy of the foregoing Notice of Removal via United States Regular mail on this date to the party listed below:

**Plaintiff's Counsel:**

***Via Email: jotto@thompsoncoe.com; klee@thompsoncoe.com***
Mr. Jeff D. Otto
Mr. Kevin F. Lee
Thompson Coe Cousins & Irons, L.L.P.
2801 Via Fortuna, Suite 300
Austin, Texas 78746

By: */s/ Philip C. Brashier*_____
Philip C. Brashier

Dated:

The 28th day of July 2026